[No. 1906, September 12, 1916.]

SHIPP v. EL PASO & S. W. CO.

### SYLLABUS BY THE COURT.

The decision of this case is controlled by the decision in Simon v. El Paso & Southwestern Co. (No. 1907) 22 N. M. 211, 160 Pac. 352, just decided.

Appeal from District Court, Guadalupe County; D. J. Leahy, Judge.

Action by R. R. Shipp, against the El Paso & Southwestern Company.   From a judgment for plaintiff, defendant appeals.   Dismissed.

HAWKINS & FRANKLIN of El Paso, Tex., and EDWIN MECHEM of Alamogordo, for appellant.

F. FAIRCLOTH of Santa Rosa, for appellee.

### OPINION OF THE COURT.

PARKER, J.—The facts in this case and the record of the proceedings in the courts below are identical with the case of Simon v. El Paso & Southwestern Co. (No. 1907) 22 N. M. 211, 160 Pac. 352, and for the reasons therein stated, the appeal will be dismissed; and it is so ordered.

ROBERTS, C.J., and HANNA, J., concur.